FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

SEP 1 2 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Joseph Lee Locklear Jr. #1173586
24414 Musselwhite Dr.
Waverly VA 23891
Sussex 1 State Prison

(Full name, prison identification
number and address of the plaintiff)

v.

Civil Action No. JKB-16-3128
(Leave blank on initial filing to be filled in by Court.)

Warden John Walrath, Theresa Dowell,
Scott Lasorso, Mrs. C. Sellers, Mr. Felts,
Mr. Walls, Curtis Parr, Keith Dawkins of C.C.S.
Offender management Director, James Parks of C.C.S.

(Full name and address of the defendant(s))

## COMPLAINT

**I. Previous lawsuits**

    **A.** Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

        YES ☑   NO ☐

    **B.** If you answered YES, describe that case(s) in the spaces below.

        1. Parties to the other case(s):

            Plaintiff: Joseph Lee Locklear Jr.

            Defendant(s): John Walrath, Theresa Dowell, Scott Lasorso, Mrs. C. Sellers, Mr. Felts, Mr. Walls, Curtis Parr, Keith Dawkins, James Parks.

1983 Complaint (Rev. 05/2013)

6

2. Court (if a federal court name the district; if a state court name the city or county): U.S. District Court Western District of Virginia (Roanoke)

3. Case No.: 7:16-cv-00308-NKM-RSB

4. Date filed: 7-5-2016

5. Name of judge that handled the case: Norman K. Moon

6. Disposition (won, dismissed, still pending, on appeal): Dismissed

7. Date of disposition: 8-12-2016

II. Administrative proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☑   NO ☐

1. If you answered YES:

a. What was the result? Dismissed or said time expired, did not harm me or affect me personally.

b. Did you appeal?

YES ☑   NO ☐

2. If you answered NO to either of the questions above, explain why:

1983 Complaint (Rev. 05/2013)                                  7

Grievance

**III.  Statement of claim**
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

See Attachments

**IV.  Relief**
(State briefly what you want the Court to do for you.)

Grant the plaintiff $200,000 for Mental, Emotional, and Punitive damages.

SIGNED THIS 27 day of Aug. 2016, ____.

_____
(original signature of plaintiff)

Sussex 1 State Prison

24414 Musselwhite Dr.

Waverly, VA 23891
(address of plaintiff)

1983 Complaint (Rev. 05/2013)                              8

Note to whom this my concern,

I have all the paper the trust office has given me. I do hope this is good enough because my last action was dismissed and I did all I could do.

On this receipt the hold (512) $25.00 I can not spend also savings (513) $149.30 I can not spend and the court (519) 7.44 I can not spend. The holding and saving is kept until my time is up.

Thank you

J. L. Ladlew Jr. #1175586